**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Bradburn Mitchell; Kenneth Christopher Mitchell,<br><br>          Plaintiffs,<br><br>vs.<br><br>City of Flagstaff; Roy Taylor,<br><br>          Defendants. | No. CV-11-8140-PCT-FJM<br><br>**ORDER** |

We have before us a stipulated motion to seal certain documents related to plaintiffs' motion for sanctions (doc. 214). In that motion, plaintiffs' counsel asserted serious allegations of impropriety against defendants' counsel. We flatly rejected those allegations and instead characterized plaintiffs' counsel's motion as "an attempt to distort facts, slander opposing counsel, and mislead this court" (doc. 203 at 4). We denied the motion and awarded defendants costs.

A party seeking to seal judicial records must "articulate compelling reasons supported by specific factual findings" to overcome the "strong presumption" in favor of the public's interest in full disclosure. Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006). In support of the motion to seal the parties assert only that the motion for sanctions was denied and the parties subsequently reached a settlement rendering the

1 allegations in the motion for sanctions moot. This is not a compelling reason to seal judicial
2 records. While we understand defendants' counsel's presumed desire to censor the
3 slanderous allegations asserted against her, we believe that counsel is sufficiently exonerated
4 by our denial of the motion for sanctions and award of fees. We believe it is equally
5 important that the public understand the reason behind the award of fees as well as plaintiffs'
6 counsel's questionable practices.

7 **IT IS ORDERED DENYING** the motion to seal (doc. 214).

8 DATED this 12th day of December, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge